STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

**MEMO ENDORSED**

Writer's Direct Telephone No.

December 22, 2004

Hon. Kenneth Karas
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

                              Re:    <u>Butler v. Fisher</u>
                                      02 Civ. 5733 (KMK) (KNF)

Your Honor:

      On behalf of respondent, I am writing to urge you to adopt the report and recommendation submitted by United States Magistrate Judge Fox in this case. For the reasons stated in the report and recommendation, and in respondent's memoranda of law in opposition to the petition, this case presents no basis for habeas corpus relief.

                                            Respectfully submitted,

                                            Luke Martland (LM 4577)
                                            Section Chief, Federal Habeas Corpus Section
                                            (212) 416-8723

cc:    Hon. Kevin Nathaniel Fox
       United States Magistrate Judge
       United States District Court, Southern District of New York
       40 Centre Street, Room 540
       New York, New York 10007

*[Handwritten endorsement:] The Clerk is respectfully requested to docket this letter. So Ordered. 7/30/08*

120 Broadway, New York, NY 10271 • Fax (212) 416-8010

Clerk of the United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Mr. Rashan Butler
98 A 5889
Fishkill Correctional Facility
Box 307
Beacon New York 12508